**Frieda ACKERMANN, Appellant, v. UNITED STATES of America, Appellee.**

No. 12611.

United States Court of Appeals
Fifth Circuit.

Dec. 29, 1949.

E. M. Grimes, Taylor, Tex., for appellant.

Henry W. Moursund, U. S. Atty., San Antonio, Tex., Joel W. Westbrook, Asst. U. S. Atty., San Antonio, Tex., for appellee.

Before HUTCHESON, HOLMES, and RUSSELL, Circuit Judges.

RUSSELL, Circuit Judge.

This is a companion case to Ackermann v. United States of America, 5 Cir., 178 F. 2d 983. It is stipulated that the decision in this case should be the same as in that case. For the reasons there stated, the judgment of the trial Court is

Affirmed.

HUTCHESON, Circuit Judge.

I dissent for the reason given in my dissenting opinion in Ackermann v. United States, 5 Cir., 178 F.2d 983, this day filed.

**William L. BURNS and Mable Burns, Appellants, v. MUTUAL BENEFIT INSURANCE COMPANY OF NEWARK, N. J., a corporation, Appellee.**

No. 10881.

United States Court of Appeals
Sixth Circuit.

Dec. 8, 1949.

S. W. Patek, Ironwood, Mich., for appellants.

Ivan D. Wright, Ironwood, Mich., for appellee.

Before HICKS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs, and arguments of counsel, and the court being of the opinion that there is no reversible error in the record,

It is ordered and adjudged that the judgment entered in the District Court on September 20, 1948, and the amended judgment entered on September 30, 1948, both of which judgments are herein appealed from, are affirmed upon the grounds and for the reasons set out in the opinion of the District Court filed September 20, 1948. 79 F.Supp. 847.